**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WIDI BRITO,

                Plaintiff,                20 **CIVIL** 1402 (PED)

     -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 4, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
         February 4, 2021

                                                **RUBY J. KRAJICK**
                                               _____
                                               **Clerk of Court**
                   **BY:**      K. Mango
                                               _____
                                               **Deputy Clerk**